IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02019-BNB

MALCOLM RUNNEL,

    Plaintiff,

v.

BILL OWENS, et al., 901 19th St., Denver, CO 80294, Special Master Disability Complaint Prisoner Affidavit, Civil Action 92-cv-0870-EWN-OES, Claim 03-185, et al. Class Action,
CENTENNIAL CO. FACILITY, Cañon City, CO 81215/600, Reed, Larry, Warden, Case Manager J. Holcomb C.C.F. Centennial Co. Facility Colorado, Perjury Physical Damage of My Health Diabetic Problem, and
THE COLORADO DEPARTMENT OF CORRECTIONS, CO, 2862 So. Circle Drive, Suite 140, Colorado Springs, CO 80906-4495,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On September 5, 2008, Plaintiff Malcolm M. Runnel submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. At the time Plaintiff initiated the instant action, he was in the custody of the Colorado Department of Corrections and was incarcerated at the Centennial Correctional Facility in Cañon City, Colorado.

On September 18, 2008, Magistrate Judge Boyd N. Boland entered an order directing the Clerk of the Court to commence a civil action and instructing Mr. Runnel to submit a certified copy of his trust fund account statement for the six months immediately preceding the filing of the instant action. Magistrate Judge Boland also instructed Mr. Runnel to submit his claims on a current Court-approved Prisoner

Complaint form and to list each named Defendant on a separate line in the caption of the Complaint. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The September 18, 2008, Order to cure was returned to the Court on October 3, 2008, and the envelope, in which the Order was sent to Mr. Runnel, was marked, "Return to Sender Released/Paroled." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Mr. Runnel now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 29 day of Oct., 2008.

BY THE COURT:

Zita Weinshienk

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02019-BNB

Malcolm Runnel
Prisoner No. 59529
CCF - Unit C1-08
PO Box 600
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/29/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk